

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00108-CV

**IN THE INTEREST OF B.K.C.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00984
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellants are unable to afford payment of court costs. No costs of court are taxed in this appeal.

Dad's court-appointed appellate counsel's motion to withdraw is DENIED

SIGNED August 25, 2021.

_____
Patricia O. Alvarez, Justice